IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eljen Group LLC, et al., | No. MC-20-08003-PCT-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| No. 8 Mine LLC, et al., | |
| Defendants. | |

On November 7, 2022, Magistrate Judge Boyle issued a lengthy Report and Recommendation ("R&R") setting forth the following three recommendations: (1) that the Judgment Creditors' Objection to American Bullion & Coin, LLC's Answer to the Writ of Garnishment (Doc. 29) be sustained on the ground that the Answer is false; (2) that, pursuant to A.R.S. § 12-1584(B), the Court find that American Bullion & Coin, LLC was holding no less than $35,153.07 due to judgment debtor at the time of service of the writ of garnishment, and enter a judgment in that amount against Garnishee American Bullion & Coin, LLC; and (3) that the Judgment Creditors' Supplemental Objection American Bullion & Coin, LLC's Answer to the Writ of Garnishment on the theory that American Bullion & Coin, LLC is the alter ego of Judgment Debtor David Tackett (Doc. 42) be overruled. (Doc. 98 at 30.) The R&R further provided that "[t]he parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. . . . Failure to file timely objections to the [R&R] may result in the acceptance of the [R&R] by the District Court without further

review." (*Id.*)

Here, no such objections have been filed and the time to object has expired. Thus, the Court accepts Judge Boyle's recommendations. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 98) is **accepted**.

2. The Judgment Creditors' Objection to American Bullion & Coin, LLC's Answer to the Writ of Garnishment (Doc. 29) is **sustained** on the ground that the Answer is false.

3. The Judgment Creditors' Supplemental Objection American Bullion & Coin, LLC's Answer to the Writ of Garnishment, on the theory that American Bullion & Coin, LLC is the alter ego of Judgment Debtor David Tackett (Doc. 42), is **overruled**.

4. Pursuant to A.R.S. § 12-1584(B), the Court finds that American Bullion & Coin, LLC was holding no less than $35,153.07 due to judgment debtor at the time of service of the writ of garnishment.  A separate judgment in that amount against Garnishee American Bullion & Coin, LLC shall issue.

Dated this 29th day of November, 2022.

Dominic W. Lanza
United States District Judge